FRED C. WHITE, INC., and LEROY E. SANDS v. OWENS-ILLINOIS GLASS COMPANY, a Corporation.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

PAYNE WILLIAMS, Doing Business, etc., v. MANHATTAN PRODUCE EXCHANGE, INC.— Motion for leave to appeal to the Court of Appeals, or for a reargument, denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Application of A. EDWARD UNGAR for an Order of Peremptory Mandamus against JOSEPH D. McGOLDRICK, Comptroller of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of the Consul General in Fact for PINKAS GLASSNER to Revoke Letters of Administration with the Will Annexed, Issued to ANNIE G. LAVY, on the Estate of ISIDOR H. GLASSNER, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

JOHN GERDES and JAMES D. CARPENTER, JR., Trustees of REYNOLDS INVESTING COMPANY, INC., Debtor, v. CLARENCE K. REYNOLDS and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals and for a stay granted. [See *Reynolds Investing Co., Inc.*, v. *Reynolds*, *ante*, p. 912.] Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

NORA HAGEN HELGESEN, as Administratrix, etc., of ANNA HAGEN, Deceased, v. (Mrs.) LEWIS B. BROWN and MANNING BROWN.— Motion for leave to appeal to the Court of Appeals, or for a reargument, denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

JACK MILLER and MAX BASSER, Copartners Trading under the Name of NEW YORK BARGAIN HOUSE, v. RKO PROCTOR CORPORATION.— Motion for leave to appeal to the Court of Appeals, or for a reargument, denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

WILLARD S. KARN v. ELY CULBERTSON and Others.— Motion for leave to appeal to the Court of Appeals, or for a reargument, denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

CITY BANK FARMERS TRUST COMPANY, as Executor, etc., of JOHN W. STERLING, a Deceased Trustee, and Others, v. ALICE CHAPIN EVANS and Others.— Motion for reargument denied, with ten dollars costs. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.

JESSIE REE and JULIUS A. HALLGARTEN v. CENTRAL HANOVER BANK & TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals, or for a reargument, denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

MARIA FELIX, as Administratrix, etc., v. CONGOLEUM-NAIRN, INC.— Motion for leave to appeal to the Court of Appeals, or for a reargument, and for a stay, denied, with ten dollars costs, and stay vacated. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.